| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Northern Division

| In re:<br><br>Kristina A Gonzalez | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 11/09/2023          Kristina A Gonzalez                    _____
                          Printed name of Debtor 1              Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                          Printed name of Debtor 2        Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                F 1002-1.EMP.INCOME.DEC

**Earnings Statement** ADP

COAST TO COAST COMPUTER PRODUCTS INC
4277 VALLEY FAIR ST
SIMI VALLEY, CA 93063
ER PHONE# 805-244-9500

| | |
|---|---|
| Period Beginning: | 09/16/2023 |
| Period Ending: | 09/30/2023 |
| Pay Date: | 10/10/2023 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 9
  CA: 9

KRISTINA GONZALEZ
2040 AVENIDA REFUGIO #3
SIMI VALLEY CA 93063

Social Security Number: XXX-XX-7862

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 51.53 | 876.01 | 19,361.81 |
| Commission | | | 1,036.30 | 12,913.06 |
| Vacation | 17.0000 | 14.00 | 238.00 | 2,137.75 |
| Bonus | | | | 2,159.59 |
| Sick | | | | 612.24 |
| **Gross Pay** | | | **$2,150.31** | 37,184.45 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -25.42 | 212.09 |
| | Social Security Tax | -129.29 | 2,225.23 |
| | Medicare Tax | -30.24 | 520.42 |
| | CA State Income Tax | -4.40 | 41.27 |
| | CA SDI Tax | -18.77 | 323.02 |
| | **Other** | | |
| | DENTAL MET LIFE | -6.28* | 119.32 |
| | MEDICAL | -54.90* | 1,101.79 |
| | Vision | -3.82* | 72.58 |
| | 401K Loan 1 | -18.64 | 130.48 |
| | 401K Loan 2 | -12.52 | 87.64 |
| | 401K | | 640.69 |
| | **Net Pay** | **$1,846.03** | |
| | Checking 1 | -1,846.03 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$2,085.31

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Available | 4.00 | |
| Vacation Hours | 42.00 | |
| Totl Hrs Worked | 51.53 | |

**Important Notes**
COMPANY PH#:+1 800 223 8890

BASIS OF PAY: HOURLY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

COAST TO COAST COMPUTER PRODUCTS INC
4277 VALLEY FAIR ST
SIMI VALLEY, CA 93063
ER PHONE# 805-244-9500

| | |
|---|---|
| **Advice number:** | 00000410015 |
| **Pay date:** | 10/10/2023 |

Deposited to the account of
**KRISTINA GONZALEZ**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0266 | xxxx xxxx | $1,846.03 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

J8D 001174 100001 CHR 0000430018
1

# Earnings Statement



COAST TO COAST COMPUTER PRODUCTS INC
4277 VALLEY FAIR ST
SIMI VALLEY, CA 93063
ER PHONE# 805-244-9500

| | |
|---|---|
| Period Beginning: | 10/01/2023 |
| Period Ending: | 10/15/2023 |
| Pay Date: | 10/25/2023 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 9
CA: 9

**KRISTINA GONZALEZ**
**2040 AVENIDA REFUGIO #3**
**SIMI VALLEY CA 93063**

Social Security Number: XXX-XX-7862

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 57.35 | 974.95 | 20,336.76 |
| Commission | | | 1,036.30 | 13,949.36 |
| Vacation | 17.0000 | 5.00 | 85.00 | 2,222.75 |
| Bonus | | | | 2,159.59 |
| Sick | | | | 612.24 |
| **Gross Pay** | | | **$2,096.25** | 39,280.70 |

Your federal taxable wages this period are
$2,031.25

## Deductions

| | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -20.01 | 232.10 |
| | Social Security Tax | -125.93 | 2,351.16 |
| | Medicare Tax | -29.45 | 549.87 |
| | CA State Income Tax | -0.83 | 42.10 |
| | CA SDI Tax | -18.28 | 341.30 |
| | **Other** | | |
| | DENTAL MET LIFE | -6.28* | 125.60 |
| | MEDICAL | -54.90* | 1,156.69 |
| | Vision | -3.82* | 76.40 |
| | 401K Loan 1 | -18.64 | 149.12 |
| | 401K Loan 2 | -12.52 | 100.16 |
| | 401K | | 640.69 |
| | **Net Pay** | **$1,805.59** | |
| | Checking 1 | -1,805.59 | |
| | **Net Check** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Sick Available | 4.00 | |
| Vacation Hours | 37.00 | |
| Totl Hrs Worked | 57.35 | |

**Important Notes**
COMPANY PH#:+1 800 223 8890

BASIS OF PAY: HOURLY

* **Excluded from federal taxable wages**

© 2000 ADP, Inc.

COAST TO COAST COMPUTER PRODUCTS INC
4277 VALLEY FAIR ST
SIMI VALLEY, CA 93063
ER PHONE# 805-244-9500

**Advice number:** 00000430018
**Pay date:** 10/25/2023

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **KRISTINA GONZALEZ** | xxxxxx0266 | xxxx xxxx | $1,805.59 |

# NON-NEGOTIABLE

# Earnings Statement

**ADP**

COAST TO COAST COMPUTER PRODUCTS INC
4277 VALLEY FAIR ST
SIMI VALLEY, CA 93063
ER PHONE# 805-244-9500

| | |
|---|---|
| Period Beginning: | 10/16/2023 |
| Period Ending: | 10/31/2023 |
| Pay Date: | 11/10/2023 |

Taxable Marital Status:    Single
Exemptions/Allowances:
  Federal:        9
  CA:             9

KRISTINA GONZALEZ
2040 AVENIDA REFUGIO #3
SIMI VALLEY CA 93063

Social Security Number:   XXX-XX-7862

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 56.07 | 953.19 | 21,289.95 |
| Commission | | | 1,017.28 | 14,966.64 |
| Sick | 17.0000 | 2.00 | 34.00 | 662.51 |
| Sick | | | 16.27 | |
| Vacation | 17.0000 | 13.00 | 221.00 | 2,443.75 |
| Bonus | | | | 2,159.59 |
| **Gross Pay** | | | **$2,241.74** | 41,522.44 |

Your federal taxable wages this period are
$2,176.74

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Sick Available | 2.00 | |
| Vacation Hours | 24.00 | |
| Totl Hrs Worked | 56.07 | |

## Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -34.56 | 266.66 |
| Social Security Tax | -134.96 | 2,486.12 |
| Medicare Tax | -31.56 | 581.43 |
| CA State Income Tax | -10.43 | 52.53 |
| CA SDI Tax | -19.59 | 360.89 |

**Other**

| | | |
|---|---|---|
| DENTAL MET LIFE | -6.28* | 131.88 |
| MEDICAL | -54.90* | 1,211.59 |
| Vision | -3.82* | 80.22 |
| 401K Loan 1 | -18.64 | 167.76 |
| 401K Loan 2 | -12.52 | 112.68 |
| 401K | | 640.69 |
| **Net Pay** | | **$1,914.48** |
| Checking 1 | | -1,914.48 |
| **Net Check** | | **$0.00** |

### Important Notes

COMPANY  PH#:+1 800 223 8890

BASIS OF PAY: HOURLY

* **Excluded from federal taxable wages**

© 2000 ADP, Inc.

COAST TO COAST COMPUTER PRODUCTS INC
4277 VALLEY FAIR ST
SIMI VALLEY, CA 93063
ER PHONE# 805-244-9500

| | |
|---|---|
| **Advice number:** | 00000450015 |
| **Pay date:** | 11/10/2023 |

Deposited to the account of

| | account number | transit ABA | amount |
|---|---|---|---|
| **KRISTINA GONZALEZ** | xxxxxx0266 | xxxx xxxx | $1,914.48 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

COAST TO COAST COMPUTER PRODUCTS INC
4277 VALLEY FAIR ST
SIMI VALLEY, CA 93063
ER PHONE# 805-244-9500

| | |
|---|---|
| Period Beginning: | 11/01/2023 |
| Period Ending: | 11/15/2023 |
| Pay Date: | 11/22/2023 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 9
CA: 9

**KRISTINA GONZALEZ**
**2040 AVENIDA REFUGIO #3**
**SIMI VALLEY CA 93063**

Social Security Number: XXX-XX-7862

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 42.48 | 722.16 | 22,012.11 |
| Commission | | | 1,017.28 | 15,983.92 |
| Vacation | 17.0000 | 24.00 | 408.00 | 2,851.75 |
| Bonus | | | | 2,159.59 |
| Sick | | | | 662.51 |
| **Gross Pay** | | | **$2,147.44** | 43,669.88 |

Your federal taxable wages this period are
$2,082.44

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Sick Available | 2.00 | |
| Totl Hrs Worked | 42.48 | |

## Deductions

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -25.13 | 291.79 |
| Social Security Tax | | -129.11 | 2,615.23 |
| Medicare Tax | | -30.20 | 611.63 |
| CA State Income Tax | | -4.21 | 56.74 |
| CA SDI Tax | | -18.74 | 379.63 |
| **Other** | | | |
| DENTAL MET LIFE | | -6.28* | 138.16 |
| MEDICAL | | -54.90* | 1,266.49 |
| Vision | | -3.82* | 84.04 |
| 401K Loan 1 | | -18.64 | 186.40 |
| 401K Loan 2 | | -12.52 | 125.20 |
| 401K | | | 640.69 |
| **Net Pay** | | **$1,843.89** | |
| Checking 1 | | -1,843.89 | |
| **Net Check** | | **$0.00** | |

## Important Notes

COMPANY PH#:+1 800 223 8890

BASIS OF PAY: HOURLY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

COAST TO COAST COMPUTER PRODUCTS INC
4277 VALLEY FAIR ST
SIMI VALLEY, CA 93063
ER PHONE# 805-244-9500

| | |
|---|---|
| **Advice number:** | 00000470014 |
| **Pay date:** | 11/22/2023 |

Deposited to the account of
**KRISTINA GONZALEZ**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0266 | xxxx xxxx | $1,843.89 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**