Certificate Number: 14912-CAC-DE-038228296

Bankruptcy Case Number: 23-11143



14912-CAC-DE-038228296

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 28, 2024, at 1:10 o'clock PM EST, Kristina Gonzalez completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  February 28, 2024

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor